UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RONNIE L. WALLEY, SHELIA WALLEY,**            **PLAINTIFFS**
**and ALFA INSURANCE CORPORATION**

v.            **CIVIL ACTION NO. 4:05-cv-00116-TSL-LRA**

**FORD MOTOR COMPANY and**            **DEFENDANTS**
**UNKNOWN DEFENDANTS, "A"**
**"B" "C" and "D"**

## FINAL JUDGMENT

This case came before the United States District Court of the Southern District of Mississippi, Eastern Division, for trial on February 12, 2007. On February 14, 2007, the Jury, consisting of seven (7) good and lawful citizens of the Southern District, Eastern Division of Mississippi, after hearing all of the admissible evidence, receiving instructions of the Court, and hearing argument of counsel, returned the following verdict in open court:

"We, the jury, find for the defendant, Ford Motor Company."

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that final judgment is entered in favor of Ford Motor Company on all claims.

**SO ORDERED AND ADJUDGED** this the 15th day of February, 2007.

                                       /s/ Tom S. Lee
                                       TOM S. LEE, U.S. DISTRICT COURT JUDGE

PREPARED BY:

   /s/Robert F. Walker
Walker W. Jones, III, Esq. (MSB # 3303)
Robert F. Walker, Esq. (MSB # 100660)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi 39211-6391

COUNSEL FOR DEFENDANT FORD MOTOR COMPANY